**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO: 24-51231-KMS |
| | : CHAPTER: 13 |
| | : |
| **CONNIE COOPER DAVION** | : |
|    **Debtor** | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **VILLAGE CAPITAL & INVESTMENT LLC,** | : |
|    **Movant,** | : |
| | : **CONTESTED MATTER** |
| **vs.** | : |
| | : |
| **CONNIE COOPER DAVION** | : |
| **ANTHONY JAY DAVION, Co-Debtor** | : |
| **WARREN A. CUNTZ T1, JR., Trustee** | : |
|    **Respondents.** | : |

**MOTION FOR ABANDONMENT AND RELIEF FROM
AUTOMATIC STAY AND CO-DEBTOR STAY *NUNC PRO
TUNC TO MARCH 20, 2026*, OR IN THE ALTERNATIVE
RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR
STAY TO FILE A DECLARATORY ACTION**

Village Capital & Investment LLC ("Movant") hereby moves this Court, for abandonment, pursuant to 11 U.S.C. § 554, and relief from the Automatic Stay, pursuant to 11 U.S.C. § 362 and Co-Debtor Stay, pursuant to 11 U.S.C. § 1301 *Nunc Pro Tunc to March 20, 2026*, with respect to certain real property of the Debtor having an address of **11207 Chester Lee Rd, Picayune, MS 39466** (the "Property"), for all purposes allowed by law, the Note (defined below), the **Deed of Trust** (defined below), and applicable law, including but not limited to the right to foreclose. **Anthony Jay Davion** is the Co-Debtor on the loan that is the subject of this Motion. In further support of this Motion, Movant respectfully states:

1.    Anthony Jay Davion has executed and delivered or is otherwise obligated with respect to otherwise obligated with respect to that certain promissory note in the original principal amount of **$248,513.00** (the "Note"). A copy of the Note is attached hereto as Exhibit "A". Movant is an entity

entitled to enforce the Note.

2. Pursuant to that certain **Deed of Trust** (the "**Deed of Trust**"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the **Deed of Trust** are secured by the Property.  A copy of the **Deed of Trust** is attached hereto as Exhibit "B".

3. The legal description of the Property and recording information is set forth in the **Deed of Trust**, a copy of which is attached hereto, and such description and information is incorporated and made a part hereof by reference.

4. On March 20, 2026, Anthony Jay Davion and Connie Sue Tucker executed an Agreement for Deed in Lieu of Foreclosure and Estoppel and Solvency Affidavit and Warranty Deed in Lieu (the "Deed in Lieu"). The Deed in Lieu was subsequently recorded on April 14, 2026 in Hancock County, MS land records. A copy of the Deed in Lieu is attached hereto as Exhibit "C".

5. The estimated market value of the Property is **$130,000.00**.  The basis for such valuation is **Debtor`s Schedules**.

6. Cause exists for relief from the automatic stay for the following reasons:

   a. Movant seeks *Nunc Pro Tunc* relief from the automatic stay and the Co-Debtor Stay to March 20, 2026 so the execution and recordation of the Deed in Lieu remains valid.

   b. In the alternative, Movant seeks limited relief to file a Declaratory Action in State Court to set aside the Deed in Lieu and reinstate the Deed of Trust.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay and Co-Debtor stay Nunc Pro Tunc to March 20, 2026 to allow the execution and recordation of Movant's Deed in Lieu to remain valid.

2.   If Nunc Pro Tunc relief is not granted, Movant seeks limited relief to file a Declaratory Action in State Court to set aside the Deed in Lieu and reinstate the Deed of Trust.

3.   That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4.   That the Property be deemed abandoned by the Trustee as an asset of the Bankruptcy estate effective upon entry of the Court`s order.

5.   For such other relief as the Court deems proper.

RUBIN LUBLIN, LLC

/s/ Natalie Brown                                                Date:  5/28/2026
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Motion for Abandonment and Relief from Automatic Stay and Co-Debtor Stay *Nunc Pro Tunc To March 20, 2026*, Or In The Alternative Relief From Automatic Stay And Co-Debtor Stay To File A Declaratory Action to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Anthony Jay Davion
11207 Chester Lee Rd
Picayune, MS 39466

Connie Cooper Davion
PO Box 302
Long Beach, MS 39560

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr.
P. O. Box 3749
Gulfport, MS 39505-3749

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Executed on: <u>5/28/2026</u>

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor