# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51231      **Case Name:** Connie Cooper Davion

**Set:** 07/09/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 11207 Chester Lee Rd, Picayune, MS 39466. and., Motion for Relief from Co-Debtor Stay as to Anthony Jay Davion, Co-Debtor., Motion to Compel Abandonment or in the Alternative Relief from Automatic Stay and Co-Debtor Stay to file a Declaratory Action.  Filed by Creditor Village Capital & Investment, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order)  (Dkt. #75)

---

Minute Entry Re: (related document(s): [75] Motion for Relief From Stay filed by Village Capital & Investment, LLC) A no response order has been submitted by Brown. Tickle for date: 07/16/2026. Hearing removed. (mcc)